IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 3:02cr58/LAC
 3:04cv122/LAC/MD

LUIS ANGEL HERNANDEZ
_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on May 2, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

Defendant's motion to dismiss his § 2255 motion (doc. 94) is granted and this case is dismissed without prejudice.

DONE AND ORDERED this 2nd day of June, 2005.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**