**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

     VS                               CASE NO.  3:02cr58LAC

LUIS ANGEL HERNANDEZ

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on __November 2, 2005__

Motion/Pleadings: EMERGENCY MOTION FOR NUNC PRO TUNC AMENDED
JUDGMENT AND COMMITMENT ORDER

Filed by __DEFT PRO SE__ on __10/20/05__ Doc.# __121__

RESPONSES:

BY GOVT _____ on __11/9/05__ Doc.# __122__

_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.

_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ /Mary Maloy

LC (1 OR 2)                Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 16th day of November, 2005, that:*

*(a) The relief requested is **DENIED.***

*(b)* _____

_____

_____

s/*L.A. Collier*

**LACEY A. COLLIER**
***United States District Judge***

Entered On Docket: _____ By: __

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

_____

_____

Document No.